ACCEPTED
12-14-00331-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/12/2015 12:51:17 PM
CATHY LUSK
CLERK

## NO. 12-14-00331-CR

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE |
| | § | |
| VS. | § | 12TH COURT |
| | § | |
| JAY TONY RACKLEY | § | OF APPEALS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/12/2015 12:51:17 PM
CATHY S. LUSK
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes JAY TONY RACKLEY, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 392ND Judicial District Court of HENDERSON County, Texas.

2. The case below was styled the STATE OF TEXAS vs. JAY TONY RACKLEY, and numbered B-20,700.

3. Appellant was convicted of SEXUAL ASSAULT OF CHILD.

4. Appellant was assessed a sentence of 15 YEARS TDCJID on 9-19-14.

5. Notice of appeal was given on 11-6-14.

6. The clerk's record was filed on 1-17-15; the reporter's record was filed on 12-2-14.

7. The appellate brief is presently due on February 16, 2015.

8. Appellant requests an extension of time of 30 days from the present date, i.e. March 16, 2015.

9. No extension to file the brief has been received in this cause.

10. Defendant is currently ncarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Counsel has had numerous contested family law cases as well as numerous criminal law matters, including several 1st degree felony cases that have been set for hearings within the last 30 days which have required Counsel to be out of the office in Court on those matters and unable to spend the amount of time required in preparing Appellant's brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

JAMES MILLS
PO Box 159
Chandler, Texas 75758
Tel: (903) 849-3965
Fax: (903) 849-4577

By: _____

James Mills
State Bar No. 00784608
Attorney for JAY TONY RACKLEY
Email: millsandmills@yahoo.com

### CERTIFICATE OF SERVICE

This is to certify that on February 12, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Henderson County, by fax to 903-675-6196.

_____

James Mills

**STATE OF TEXAS** §

§

**COUNTY OF HENDERSON** §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared James Mills, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
James Mills
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _February 12_, 2015, to certify which witness my hand and seal of office.



Kelly S Smith
My Commission Expires
10/26/2015

_____
Notary Public, State of Texas